IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOE CARL VALDEZ, <br> (TDCJ-CID #923705) <br> Plaintiff, | § <br> § <br> § <br> § | |
| vs. | § | CIVIL ACTION H-04-2038 |
| DOUGLAS DRETKE, *et al.*, <br> Defendants. | § <br> § <br> § <br> § | |

**FINAL JUDGMENT**

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on July 26, 2007.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE